# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNIFIED HOLDINGS LLC, A Nebraska Limited Liability Company,** ) ) ) **Plaintiff,** ) ) vs. ) ) **OPTICAL PRODUCTS DEVELOPMENT CORP., A Delaware Corporation, and KENNETH WESTORT, an individual,** ) ) ) ) ) **Defendants.** ) | **8:07CV423** **SCHEDULING ORDER** |

Upon the Clerk's Entry of Default as to defendants Optical Products Development Corp. and Kenneth Westort,

**IT IS ORDERED** that plaintiff is given until and including **May 30, 2008** to file a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(1) or (2).

**DATED May 14, 2008.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**